IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NUMBER: **10-10000-ESL** |
|---|---|
| **EDWIN RIVERA MERCED** | CHAPTER 13 |
| DEBTOR(S) | |

## NOTICE OF PROPOSED AMENDMENT TO THE CHAPTER 13 PLAN

TO THE HONORABLE COURT:

COMES NOW DEBTORS, represented by the undersigned counsel, and very respectfully ALLEGES and PRAYS as follows:

1. Debtors propose to amend the Chapter 13 Plan for the following reason:

- TO INCREASE THE BASE OF THE PLAN.

WHEREFORE, it is respectfully requested from this Honorable Court to approve the attached proposed amended Chapter 13 plan.

IN SAN JUAN, PUERTO RICO, this 15th day of February of 2011.

I HEREBY CERTIFY: that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the United States Trustee, Chapter 13 Trustee, and we sent copy of this document through regular mail to Debtor(s) and all non-CM/ECF participants interested parties on the master address list.

**NOTICE TO CREDITORS AND PARTIES IN INTEREST**

TO ALL THE CREDITORS LISTED ON THE ATTACHED MASTER ADDRESS LIST
NOTICE IS HEREBY GIVEN THAT DEBTOR(S) FILED THE
ATTACHED AMENDED PLAN ON February 15th, 2011.
PARTIES IN INTEREST ARE NOTIFIED THAT THEY HAVE TWENTY FIVE (25) DAYS
TO REJECT A PROPOSED MODIFICATION OF THE PLAN AND REQUEST A HEARING.
ABSENT GOOD CAUSE, UNTIMELY REJECTIONS SHALL BE DENIED.

/s/ RODOLFO R. HERNANDEZ RAMOS
ATTORNEY FOR DEBTOR
USDC PR 118012
P. O. Box 19-3997
San Juan, Puerto Rico 00919-3991
Tels. 787-764-3646 / Fax 787-764-9398
rodolfohernandezesq@yahoo.com

# United States Bankruptcy Court
## District of Puerto Rico

**IN RE:**                                                      Case No. 10-10000-13

RIVERA MERCED, EDWIN                        Chapter 13
                        Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: 2/15/2011
☐ PRE ☐ POST-CONFIRMATION      Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 1,625.00 x 4 = $ 6,500.00
$ 1,725.00 x 56 = $ 96,600.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

                          TOTAL: $ 103,100.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 103,100.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,600.00

Signed: **/s/ EDWIN RIVERA MERCED**
         Debtor

_____
         Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR Popular Auto $ 200.00
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. BPPR     Cr. _____     Cr. _____
# 07-101-001-174189-2    # _____    # _____
$ 6,134.94    $ _____    $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. POPULAR AUTO    Cr. _____    Cr. _____
# 822-001-0817332-0001    # _____    # _____
$ 27,061.94    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
AEELA
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
ADMIN SIST RETIRO     BPPR
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
               ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
ATTORNEY'S FEES WILL BE PAID BEFORE TAXES AND OTHER CREDITORS.

INSURANCE FOR THE VEHICLE FINANCED BY POPULAR AUTO WILL BE PROVIDED BY EASTERN AMERICA INSURANCE FOR THE ESTIMATED AMOUNT OF $969.00.

"TAX REFUNDS WILL BE DEVOTED EACH YEAR, AS PERIODIC PAYMENTS, TO THE PLAN'S FUNDING UNTIL PLAN COMPLETION. THE TENDER OF SUCH PAYMENTS SHALL DEEM THE PLAN MODIFIED BY SUCH AMOUNT, INCREASING THE BASE THEREBY WITHOUT THE NEED OF FURTHER NOTICE, HEARING OR COURT ORDER. IF NEED BE FOR THE USE BY DEBTOR(S) OF A PORTION OF SUCH REFUND, DEBTOR(S) SHALL SEEK COURT'S AUTHORIZATION PRIOR TO ANY USE OF FUNDS"

UNSECURED CREDITORS WILL BE PAID 100% + 6% INTEREST PER ANNUM.

Attorney for Debtor Rodolfo R. Hernandez Ramos        Phone: (787) 764-3646

**AMENDED CHAPTER 13 PAYMENT PLAN**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

RIVERA MERCED, EDWIN
URB. LAS MERCEDES
CALLE 12 NUM. 20
SALINAS, PR  00751


Rodolfo R. Hernandez Ramos
P O BOX 193997
SAN JUAN, PR  00919-3997


ADMIN SIST RETIRO
PO BOX 42003
SAN JUAN, PR  00940-2003


AEELA
PO BOX 364508
SAN JUAN, PR  00936-4508


BPPR
DIVISION DE SERVICIOS HIPOTECARIO
PO BOX 71375
SAN JUAN, PR  00936-7077


DEPARTMENT OF TREASURY
P.O. BOX 9024140
SAN JUAN, PR  00902


POPULAR AUTO
P.O. BOX 15011
SAN JUAN, PR  00902